UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CHRISTINE FRISCH

       Plaintiff,

    v.                              Case No.: 18-cv-1816

BADGER PROCESS SERVICE, INC.

       Defendant

---

**STIPULATION OF DISMISSAL**

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims and

causes of action may be dismissed upon the merits, with prejudice and without costs to either

party.

Dated:  March 11, 2019          By:  **s/ *Scott S. Luzi***_____
                                    Scott S. Luzi, SBN 1067405
                                    Walcheske & Luzi, LLC
                                    15850 W. Bluemound Road, Suite 304
                                    Brookfield, Wisconsin 53005
                                    Phone: (262) 780-1953
                                    Email:  sluzi@walcheskeluzi.com

                                    *Attorneys for Plaintiff*

Dated:  March 11, 2019          By:  **s/ *Marna M. Tess-Mattner***_____
                                    Marna M. Tess-Mattner, SBN 1000054
                                    Schmidt, Rupke, Tess-Mattner & Fox, S.C.
                                    3400 West Intertech Drive – Suite 400
                                    Brookfield, Wisconsin 53045
                                    Phone: (262) 814-0080
                                    Email: mmt@srtf-law.com

                                    *Attorneys for Defendant*